Jersey and Pennsylvania for an extension of time within which to answer the amended petition of the City of New York are granted and the time is extended to and including December 14, next. *Theodore D. Parsons,* Attorney General, and *Robert Peacock,* Deputy Attorney General, for the State of New Jersey. *Frank F. Truscott,* Attorney General, and *Wm. A. Schnader* for the State of Pennsylvania.

No. 272. BOOK-OF-THE-MONTH CLUB, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed on motion of petitioners. *George M. Wolfson* for petitioners.

No. 114, Misc. HENDERSON *v.* BANNAN, WARDEN. Recorder's Court of the City of Detroit, Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 158, Misc. TAYLOR *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 138, Misc. TAYLOR *v.* UNITED STATES BOARD OF PAROLE. Motion for leave to file petition for writ of mandamus denied.

No. 151, Misc. LEVY *v.* CALIFORNIA. Application denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 152, Misc. TAYLOR *v.* UNITED STATES BOARD OF PAROLE. Motion for leave to file petition for writ of quo warranto denied.